**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
John R. Whitefleet, SBN 213301
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF HUMBOLDT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY WILLIAMS, individually, | CASE NO.: 3:19-cv-01330-MMC |
| Plaintiffs, | **NOTICE OF COMPLIANCE WITH COURT ORDER** |
| v. | |
| COUNTY OF HUMBOLDT and DOES 1 through 50, | Complaint filed: 1/31/2019 |
| Defendants. | |

**PLEASE TAKE NOTICE** that on or about April 1, 2019, Defendant County of Humboldt mailed via USPS chambers copies of its Notice of Removal and exhibits attached thereto, as well as its Answer pursuant to the Court's April 1, 2019 Order [Docket No. 13].

Dated:  April 18, 2019                          PORTER SCOTT
                                                A PROFESSIONAL CORPORATION

                                                By */s/ John R. Whitefleet*
                                                    Stephen E. Horan
                                                    John R. Whitefleet
                                                    David R. Norton
                                                    Attorneys for Defendant COUNTY OF HUMBOLDT

{02002119.DOCX}                                 1
**NOTICE OF COMPLIANCE WITH COURT ORDER**