**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
John R. Whitefleet, SBN 213301
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF HUMBOLDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY WILLIAMS, individually, | CASE NO.: 3:19-cv-01330-MMC |
| Plaintiffs, | **ADR CERTIFICATION BY DEFENDANT COUNTY OF HUMBOLDT AND COUNSEL** |
| v. | |
| COUNTY OF HUMBOLDT and DOES 1 through 50, | |
| Defendants. | Complaint filed: 1/31/2019 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" on the Court's ADR site www.cand.uscourts.gov/adr

(2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

{02015183.DOCX}                                                    1
**ADR CERTIFICATION BY DEFENDANT COUNTY OF HUMBOLDT AND COUNSEL**

Dated: May 16, 2019           By: _____
                                   Kacy Green
                                   Risk Manager
                                   COUNTY OF HUMBOLDT

Dated: May 17, 2019           PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By: /s/ David R. Norton
                                  _____
                                  David R. Norton
                                  Attorneys for Defendant COUNTY OF HUMBOLDT

      Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ Intend to stipulate to an ADR process.

☒ Prefer to discuss ADR selection with the Assigned Judge at the case management conference.

Dated: May 17, 2019           PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By: /s/ David R. Norton
                                  _____
                                  David R. Norton
                                  Attorneys for Defendant COUNTY OF HUMBOLDT