# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 7, 2019 | **Time:** 10:35 am – 11:25 am | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 19-cv-01330-MMC | **Case Name:** Williams v. County of Humboldt | |

**Attorneys for Plaintiff:** Benjamin Mainzer, Amanda Searle, and Erik Bauer
**Attorney for Defendant:** David Norton

| **Deputy Clerk:** Stephen Ybarra | **Court Reporter:** Not Reported or Recorded |
|---|---|

## PROCEEDINGS

**Initial Case Management Conference**

REFERRALS:

The parties are referred to Magistrate Judge Laurel Beeler for the purpose of engaging in a settlement conference, to take place in early October 2019 her calendar permitting.

**PRETRIAL SCHEDULE:**

**Deadline to amend:** 10/7/2019
**Discovery cutoff:** 3/1/2020
**Expert disclosure:** 4/10/2020
**Expert rebuttal:** 5/8/2020
**Expert discovery cutoff:** 6/12/2020
**Dispositive Motions filing deadline:** 10/16/2020
**Dispositive Motions hearing date:** 11/20/2020
**Pretrial Conference:** 4/27/2021 at 10:00 a.m.
**Jury Selection:** 5/13/2021 at 9:00 a.m.
**Trial:** 5/17/2021 at 9:00 a.m., for 8-12 days, by  [X]   Jury  [ ]  Court

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant          (X)    Court

**Notes:**  A Status Conference is set for 6/12/2020 at 10:30 am before Judge Maxine M. Chesney.  A joint status conference statement must be filed no later to 6/5/2020.