BENJAMIN H. MAINZER (CSB 257748)
**BRAGG, MAINZER & FIRPO, LLP**
804 Third Street
Eureka, CA  95501
Telephone: 707-445-7917
Facsimile: 707-443-0442
Email:  bmainzer@bmf-lawyers.com

ERIK L. BAUER
**THE LAW OFFICE OF ERIK L. BAUER**
215 Tacoma Ave. South
Tacoma, WA 98402
Telephone:  253-383 2000
Email:  erik@erikbauerlaw.com

AMANDA M. SEARLE (CSB 263614)
**CONNELLY LAW OFFICES, PLLC**
2301 n. 30TH Street
Tacoma, WA  98406
Telephone:  253-593-5100
Facsimile:  253-598-0380
Email:  asearle@connelly-law.com

Attorneys for Plaintiff
TRINITY WILLIAMS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY WILLIAMS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT and DOES 1 – 50, INCLUSIVE,<br><br>Defendants. | Case Number: 19-cv-01330-MMC<br><br>**DECLARATION OF BENJAMIN MAINZER IN SUPPORT OF PROPOSED STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION**<br><br>Complaint filed:  1/31/2019 |

Bragg Mainzer Firpo  LLP
804 Third Street
Eureka, CA  95501
(707) 445-9628

1
19-cv-01330-MMC
DECLARATION OF BENJAMIN MAINZER IN SUPPORT OF PROPOSED STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION

I, Benjamin Mainzer declare as follows:

1. I am an attorney licensed to practice law by the State of California. I am one of the attorneys of record for plaintiff Trinity Williams.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. Attached hereto to this declaration and filed herewith is a copy of a signed stipulated protective order for standard litigation.

4. The content of this stipulated protective order, save the addition of case-identifying information, is identical to the content of the model standard stipulated protective order supplied as an exemplar by the United States District Court, Northern District of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 23, 2019.

BRAGG, MAINZER & FIRPO, LLP

By: _____
Benjamin Mainzer, Attorney for
Plaintiff, TRINITY WILLIAMS

804 3rd Street
Eureka, CA 95501
(707) 445-7917

DECLARATION OF BENJAMIN MAINZER IN SUPPORT OF PROPOSED STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION