# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 12, 2020  **Time:** 10:31 - 10:54  **Judge:** MAXINE M. CHESNEY
= 23 minutes

**Case No.**: 19-cv-01330-MMC  **Case Name:** Trinity Williams v. County of Humboldt

**Attorney for Plaintiff:** Benjamin Mainzer and Erik Bauer
**Attorney for Defendant:** David Norton

**Deputy Clerk:** Tracy Geiger                **Not Reported or Recorded**

## PROCEEDINGS

Further Status Conference - held telephonically.

**Case continued to:** January 29, 2021 at 10:30 AM for Further Status Conference (By Phone)

Joint Status Conference Statement due by January 22, 2021.