**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
John R. Whitefleet, SBN 213301
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF HUMBOLDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY WILLIAMS, individually, | CASE NO.: 3:19-cv-01330-MMC |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF HUMBOLDT AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF HUMBOLDT and DOES 1 through 50, | |
| Defendants. | Complaint filed: 1/31/2019<br>Trial: 05/17/21 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff TRINITY WILLIAMS and Defendant COUNTY OF HUMBOLDT that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

| | |
|---|---|
| Dated: October 2, 2020 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By */s/ David R. Norton*<br>David R. Norton<br>Attorneys for Defendant COUNTY OF HUMBOLDT |
| Dated: October 2, 2020 | BRAGG, MAINZER, & FIRPO, LLP<br><br>By */s/ Benjamin Mainzer* (as authorized on 10/2/20)<br>Benjamin Mainzer<br>Attorney for Plaintiff TRINITY WILLIAMS |

## [PROPOSED] ORDER

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear their own fees and costs, including all attorneys' fees.

Dated: _____

The Honorable Maxine M. Chesney
United States District Court Judge